Nathaniel E. Saxe, Esq.
Nevada Bar No. 15631
SAXE LAW PLLC
5875 South Rainbow Blvd., Suite 204
Las Vegas, NV 89118
Telephone: (702) 306-1392
Email: nsaxe@saxelegal.com
*Attorney for Appellants Christopher Spangler, Phillip R. Tucker, and Neill Whiteley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CYBERLUX CORPORATION,<br><br>Alleged Debtor. | Bankruptcy Case No. 26-50721-hlb<br>Involuntary Chapter 7<br>Appeal Reference Number: 26-27 |
| CHRISTOPHER SPANGLER; PHILLIP R. TUCKER; NEILL WHITELEY,<br><br>Appellants.<br><br>vs.<br><br>CYBERLUX CORPORATION, et al.,<br><br>Appellees. | Case No. 3:26-cv-0678-ART<br><br>**ORDER GRANTING STIPULATION TO DISMISS APPEAL** |

Appellants Christopher Spangler, Phillip R. Tucker, and Neill Whiteley (collectively, “Appellants”), by and through their counsel of record, Nathaniel E. Saxe, Esq. of Saxe Law PLLC, and Appellees Advanced Navigation And Positioning Corporation, Assure Global LLC, Fairwinds Technologies LLC, Legalist SPV III, L.P., MAS USA MGT LLC, Roman Investments PR LLC, Michael Sinensky, The ARG Group, LLC, and Thin Air Gear, LLC (collectively, the “Interpleader Parties”), by and through their counsel of record, Richard F. Holley, Esq. and R. McKay Holley, Esq. of Spencer Fane LLP, and Appellee Cyberlux Corporation (“Cyberlux,” and together with Appellants and the Interpleader Parties, the “Parties”), by and through its counsel of record, Brett A. Axelrod, Esq. of Fox Rothschild LLP, hereby stipulate and agree as follows:

**<u>RECITALS</u>**

WHEREAS, on July 17, 2026, Appellants commenced an involuntary chapter 7 case against Cyberlux in the United States Bankruptcy Court for the District of Nevada, Case No. 26-

50721-hlb (the “Bankruptcy Case”);

WHEREAS, on August 20, 2026, the Bankruptcy Court entered its order granting the Interpleader Parties’ Motion To Confirm Inapplicability Of The Automatic Stay [Bankr. ECF No. 53] (the “Bankruptcy Court Order”);

WHEREAS, Appellants appealed the Bankruptcy Court Order [Bankr. ECF No. 65] (the “Appeal”), and the Appeal was assigned Appeal Reference Number 26-27 and Case No. 3:26-cv-0678-ART in this Court;

WHEREAS, on October 16, 2026, the Interpleader Parties filed a Motion To Dismiss Appeal [ECF No. 3] (the “Motion to Dismiss”);

WHEREAS, the Parties have met and conferred through their respective counsel and agree that the Appeal should be voluntarily dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023(a), with each Party to bear its own attorney’s fees and costs, in order to avoid the further time and expense of litigating the Motion to Dismiss and the merits of the Appeal;

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE as follows:

1. **Dismissal of Appeal.** The Appeal is dismissed with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a).

2. **Fees and Costs.** Each Party shall bear its own attorney’s fees and costs incurred in connection with the Appeal, including the Motion to Dismiss. No fees remain due to the Clerk of Court in connection with the Appeal.

3. **Motion to Dismiss.** Upon entry of the Order below, the Motion to Dismiss [ECF No. 3] shall be denied as moot, and all pending deadlines in this Appeal shall be vacated.

///

///

///

///

///

///

4. **No Admission; Reservation of Rights.** This Stipulation is entered into solely to resolve the Appeal. Nothing in this Stipulation shall constitute or be construed as an admission by any Party regarding the merits of the Appeal, the Bankruptcy Court Order, or any argument raised in the Motion to Dismiss, including mootness or standing, nor shall it waive, prejudice, or otherwise affect any right, claim, or defense of any Party in the Bankruptcy Case, including with respect to the involuntary petition, all of which are expressly reserved.

**IT IS SO STIPULATED.**

Dated: October 30, 2026

SAXE LAW PLLC

/s/ *_Nathaniel Saxe*
____________________________

Nathaniel E. Saxe, Esq.
Nevada Bar No. 15631
5875 South Rainbow Blvd., Suite 204
Las Vegas, NV 89118
Telephone: (702) 306-1392
Email: nsaxe@saxelegal.com

*Attorney for Appellants*

Dated: October 28, 2026

SPENCER FANE LLP

*/s/ _McKay Holley*
____________________________

Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: 702.408.3400 | Fax: 702.408.3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for Interpleader Parties*

Dated: October 28, 2026

FOX ROTHSCHILD LLP

*/s/ Brett Axelrod*
____________________________

Brett A. Axelrod, Esq.
Nevada Bar No. 5859
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Email: baxelrod@foxrothschild.com

*Attorney for Appellee Cyberlux Corporation*

**ORDER**

Based on the foregoing Stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Appeal is DISMISSED with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a), with each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** that the Motion To Dismiss Appeal [ECF No. 3] is DENIED as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case and transmit a copy of this Order to the Clerk of the United States Bankruptcy Court for the District of Nevada.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: October 30, 2026